German Rodarte
Reg. No. 94837-008
Federal Prison Camp
P.O. Box 5000
Florence, CO  81226

---

November 12, 2019

The Honorable Raner C. Collins
United States District Court Judge
    for the District of Arizona
405 West Congress Street
Tucson, AZ  85701

Re: Request for Nunc Pro Tunc Recommendation
    United States v. Rodarte
    Case No. CR-02139-001 TUCC-RCC(BPV)

Dear Judge Collins:     CR-15-2139-TUC-RCC(BPV)-1

    In November, 2016, I appeared in your Court for sentencing on an immigration violation. The following month, I appeared in the Superior Court of Santa Cruz County, Arizona for sentencing on an attempt to posess an illegal substance violation.

    While your sentencing order was silent on the Arizona case, the Arizona Court "ordered that sentence imposed in this case shall run concurrent with sentence imposed in federal Case No. CR-02139-001 TUCC-RCC (BPV)". (Emphasis in original, a copy of which is enclosed).

    After serving my time in an Arizona State Prison, I thought I had served both sentences, and I believed I was going to be released to my family. Much to my surprize, rather than my family waiting to greet me, I was instead greeted by United States Marshals who took me to a federal faqility.

    I have now learned that my Arizona attorney failed to notify you of the Arizona Court's order that my time there was to be served concurrently with my federal sentence. While not bidning, I understand that it is within your power to make a recommendation to the Bureau of Prisons that my time spent in Arizona custody be applied retroactively to my federal sentence. As this was clearly the intent of the Arizona Court, I would sincerely appreciate such a recommnedation which would allow me to rejoin my family and become a productive (and law abiding!) citizen.

    Thank you considering this request, and I also understand that I will also still have to serve the three years of federal probation (supervised release) that you had previously ordered.

Sincerely,

German Rodarte

Enclosure

Ceulan.
Copies -

[County Attorney]
Defense Counsel
Probation
D.O.C.
Sheriff

FILED

2016 DEC 27 PM 1:31

JUAN PABLO GUZMAN
CLERK OF THE SUPERIOR CT.
SANTA CRUZ COUNTY

IN THE SUPERIOR COURT
OF
SANTA CRUZ COUNTY, STATE OF ARIZONA

Date: December 19, 2016

| | |
|---|---|
| Judge: **HONORABLE ANNA M. MONTOYA-PAEZ** | **JUAN PABLO GUZMAN, CLERK** |
| Court Reporter: Van Honeman | Martha Morales, Deputy |
| Copies Distributed by: | Interpreter: Ivan Berger |
| BONDS EXONERATED [X] | WARRANTS QUASHED [X] |

THE STATE OF ARIZONA,  )
    PLAINTIFF,  )
                            )    CASE NO. CR-16-136
VS.  )
                            )    **SENTENCE OF IMPRISONMENT**
**GERMAN RODARTE,**  )
    DEFENDANT  )

Date of Birth: September 21, 1979

1:55 p.m.    The State is represented by Deputy County Attorney, **Jose Dimas Rueda, Jr., Esq.**, the Defendant is present with defense counsel, **Enrique R. Gonzales, Esq.**

[x]    The Court **FINDS** as follows:

[ ]    The victim(s) was/were notified of the hearing.

The Defendant is advised of the determination of guilt and is given the opportunity to speak.

Pursuant to A.R.S. 13-607, the Court finds as follows:

[x]    <u>WAIVER OF TRIAL</u> The Defendant knowingly, intelligently, and voluntarily waived his right to a trial with or without a jury, his right to confront and cross-examine witnesses, his right to testify or remain silent and his right to present evidence and call his own witnesses after having been advised of these rights. The determination of guilt was based upon a plea of <u>guilty.</u>

Having found no legal cause to delay rendition of judgment and pronouncement of sentence, the Court enters the following judgment and sentence.

**IT IS THE JUDGMENT OF THE COURT** that the Defendant is guilty of the crime of **ATTEMPT (Unlawful Possession of a Narcotic Drug for Sale), a Class 3 Felony,** that upon due consideration of all the facts, law and circumstances relevant here, the Court finds that suspension of sentence to a term of probation are not appropriate and that a sentence of imprisonment with the Department of Corrections is appropriate.



S1200CR201600136

<u>Case No. CR-16-136</u>          <u>December 19, 2016</u>                    <u>Page 2</u>
<u>STATE VS. GERMAN RODARTE</u>

THE COURT FURTHER FINDS that there are circumstances sufficiently substantial to call for a Mitigated, Presumptive, or Maximum term as indicated below. These circumstances are stated by the Court on the record.

AS PUNISHMENT, IT IS ORDERED that the Defendant is sentenced to a term of imprisonment and is committed to the Arizona Department of Corrections as follows:

**OFFENSE:**   **ATTEMPT (Unlawful Possession of a Narcotic Drug for Sale)**

**FELONY CLASS:**   **A Class 3 Felony**

IN VIOLATION OF A.R.S. §13-1001, §13-3408(A)( (2), § 13-3408(B( (2, §13-3401 §13-301, §13-302, §13-303, §13-304, §13-305, and §13-306.

**DATE OF OFFENSE:**   on about the 19th day of July, 2016.

**SENTENCE:**   **Three and a half (3.5) years**

[X] PRESUMPTIVE          [X] NON-DANGEROUS          [X] NON-REPETITIVE

[X]   **IT IS FURTHER ORDERED** that the Defendant shall serve a term of community supervision equal to one day for every seven days of the term of imprisonment, to be served consecutive to the actual period of imprisonment, pursuant to A.R.S. §13-603.I.K.

This sentence is to date from December 19, 2016. The Defendant is to be given <u>credit</u> for <u>152 days</u> of time served.

[x]   IT IS ORDERED that sentence imposed in this case **shall run concurrent** with sentence imposed in **federal Case. No. CR-02139-001 TUCC-RCC (BPV)**

**FINANCIAL OBLIGATION ASSESSMENTS**

IT IS ORDERED, that the Defendant shall pay the following financial obligation in the amounts and manner set forth below to the Clerk of the Superior Court of Santa Cruz County:

| TYPE OF OBLIGATION | TOTAL OBLIGATION | MONTHLY PAYMENT |
|---|---|---|
| TIME PAYMENT | $   20.00 | |
| PROBATION SURCHARGE | $   20.00 | |
| 2011AA FEE | $   13.00 | |
| ASSESSMENT PURSUANT TO A.R.S. 12-116.08 | $   15.00 | |
| VICTIM'S RIGHTS ASSESSMENT | $    2.00 | |
| DRUG FINE | $ 1,000.00 | |
| SURCHARGE (83%) | $  830.00 | |

[x]   IT IS ORDERED that the defendant make payments toward restitution at the maximum amount allowed to be withheld while incarcerated.

[X]   IT IS ORDERED that the Defendant provides a DNA sample as defined by ARS13-610.

Case No. CR-16-136      December 19, 2016      Page 3
STATE VS. GERMAN RODARTE

[x]    **FURTHER ORDERED** that Santa Cruz County Sheriff and/or the Arizona Department of Corrections is directed to notify the Clerk of the Superior Court of Santa Cruz County of the Defendant's release date from secured custody; and of the Defendant's mailing address at the time of release from secured custody; and further should the Defendant move, he is directed to notify the Clerk's of this court, P.O. Box 1265, Nogales, Arizona 85628, within ten (10) days of the Defendant's change of address. If the Defendant is placed on parole, the Department of Corrections is directed to notify the Clerk of the Superior Court of the name and telephone of the Defendant's parole officer.

The defendant is advised concerning rights of review and written notice of those rights is provided.

[X]    **ORDERED** bonds exonerated and outstanding warrants quashed.

[x]    **ORDERED** authorizing the Sheriff of Santa Cruz County to transport the Defendant to the Arizona Department of Corrections and authorizing the Department of Corrections to carry out the term of imprisonment set forth herein.

[x]    **ORDERED** that the Clerk of the Superior Court remit to the Department of Corrections a copy of this Order, plus all Presentence reports, probation violation reports, medical and psychological reports relating to the Defendant and involving this case.

Let the record reflect that the Defendant's fingerprint is permanently affixed to this sentencing order in open court.

FILED: Notice of Right of Review, signed by the Defendant.

2:18 p.m. Hearing Concludes

_____
JUDGE OF THE SUPERIOR COURT.



FINGERPRINT

Name: German Rodarte
Reg. No.: 94837-008
FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, CO 81226-5000

DENVER CO 802
12 NOV 2019 PM 5 L

The Honorable Raner C. Collins
United States District Court Judge
for the District of Arizona
405 West Congress Street
Tucson, AZ 85701

85701-509899

NOV 15 2019
FOREVER USA