Petition12C – Rev. 6/18



☒ FILED   ☐ LODGED

**May 15 2024**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# UNITED STATES DISTRICT COURT
## for
## Arizona
### Petition for Summons to Revoke Supervised Release

**T-SEALED**

| | | | |
|---|---|---|---|
| Name of Offender: | **German Rodarte** | Case No.: | **CR-15-02139-001-TUC-RCC (BPV)** |

| | |
|---|---|
| Name of Judicial Officer: | **The Honorable Raner C. Collins**<br>**Senior United States District Judge** |

Date of Original Sentence: **11/3/2016**
Date of Amended Sentence: **01/21/2020**

Original Offense:
**Count One (1): Conspiracy to Transport Illegal Aliens for Profit, in violation of Title 8 U.S.C. §1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i), a Class D Felony**

**Count Two (2): Transportation of Illegal Aliens, in violation of Title 8 U.S.C. §1324(a)(1)(A)(ii) and (a)(1)(B)(ii), a Class D Felony**

**Count Three (3): Transportation of Illegal Aliens, in violation of Title 8, U.S.C. §1324(a)(1)(A)(ii) and (a)(1)(B)(ii), a Class D Felony**

Original Sentence:
**30 months Bureau of Prisons, on Counts One, Two, and Three, to run concurrently, with credit for time served; 36 months supervised release, on Counts One, Two, and Three, said counts to run concurrently**

Amended Sentence:
**30 months Bureau of Prisons, as to Counts One, Two, and Three, said counts to run concurrently with one another and concurrently with defendant's sentence imposed in the Superior Court of Santa Cruz County, State of Arizona (case number CR16-136), with credit for time served; 36 months supervised release, as to Counts One, Two, and Three, said counts to run concurrently**

| | | |
|---|---|---|
| Type of Supervision: | **Supervised Release** | Date Supervision Commenced: **11/1/2021**<br>Date Supervision Expires: **10/31/2024** |

| | | | |
|---|---|---|---|
| Assistant U.S. Attorney: | **Lori Lynne Price**<br>**520-620-7461** | Defense Attorney: | **Myrna R. Beards**<br>**520-577-2671** |

Petitioning the Court to issue a Summons to Revoke Supervised Release

CC: AUSA; USMS; PROB

Page 2
RE:  German Rodarte
Petition to Revoke Supervised Release
May 14, 2024

The probation officer alleges German Rodarte has violated the following condition(s) of supervision:

| Allegation | Nature of Noncompliance |
|------------|-------------------------|
| A | **Standard Condition #9** which states, You shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 801) or any paraphernalia related to such substances, without a prescription by a licensed medical practitioner. The use or possession of medicinal marijuana, even with a physician's written certification, is not permitted. Possession of controlled substances will result in mandatory revocation of your term of supervision.<br><br>On March 11, 2024, Rodarte submitted a urine sample for testing that yielded positive results for cocaine and was dilute, as evidenced by laboratory results from the New Mexico U.S. Probation and Pretrial Services Drug Laboratory. Grade C violation §7B1.1(a)(3) |
| B | **Special Condition #1** which states, You shall participate as instructed by the probation officer in a program of substance abuse treatment which may include testing for substance abuse. You shall contribute to the cost of treatment in an amount to be determined by the probation officer.<br><br>On December 5, 2023, Rodarte was directed, in writing, to participate in random urinalysis program at AverHealth. On April 1, 2024, and May 1, 2024, Rodarte provide urine samples that were diluted as evidenced and by the laboratory results from the New Mexico U.S. Probation and Pretrial Services Drug Laboratory. Grade C violation §7B1.1(a)(3).<br><br>On April 25, 2024, and May 9, 2024, Rodarte failed to appear for a random urine analysis at the AverHealth facility, as evidenced by the undersigned officer's testimony and. Grade C violation §7B1.1(a)(3). |
| C | **Standard Condition #4** which states, You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>On April 3, 2024, Rodarte failed to communicate truthfully regarding his unlawful use of a controlled substance on or about March 11, 2024, as evidenced by probation officer testimony. Grade C violation. §7B1.1(a)(3) |

Page 3
RE:  German Rodarte
Petition to Revoke Supervised Release
May 14, 2024

**U.S. Probation Officer Recommendation and Justification**

German Rodarte has violated the trust of the Court. A summons is recommended to initiate revocation proceedings.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

_____        5/14/2024
Ky Baeza                                        Date
U.S. Probation Officer
Office:  520-205-4414
Cell:  520-400-3679

_____        5/14/2024
Bobbie Pruitt                                   Date
Supervisory U.S. Probation Officer
Office:  520-205-4432
Cell:  520-850-7845

**Considered by: The Honorable Raner C. Collins, Senior United States District Judge**

☐       No Action
☐       The Issuance of a Warrant
☑       The Issuance of a Summons
☐       Other

_____        May 15, 2024
The Honorable Raner C. Collins                  Date
Senior United States District Judge