# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| United States of America<br>v.<br><br>**German Rodarte**<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. CR-15-02139-001-TUC-RCC (BPV) |

☒ FILED   ☐ LODGED
**June 10 2024**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: Evo A. DeConcini United States Courthouse<br>405 West Congress Street<br>Tucson, Arizona  85701<br><br>MAGISTRATE JUDGE:<br>Lynnette C. Kimmins | Courtroom No.: TBA |
|---|---|
| | Date: June 13, 2024<br>Time: 2:00 PM |

This offense is briefly described as follows:

18:3583: Violation of Supervised Release

Date: May 15, 2024

*Issuing officer's signature*

Lindsay Lowe, Deputy Clerk
*Printed name and title*

s/ Debra D. Lucas, Clerk

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons     ☐ Returned this summons unexecuted

Date: 06/07/2024

*Server's signature*

Anthony Parks   DUSM
*Printed name and title*

CC: AUSA; USMS; PROB